EDWARD JOY COMPANY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32495.)—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

REUBEN B. HEWITT, Doing Business as HEWITT REALTY COMPANY, Respondent, v. AUGUST RENN, Appellant.—

Memorandum: In this action to recover real estate commissions, it affirmatively appears that the exclusive listing contract entered into between the defendant owner and the plaintiff real estate broker had expired and that thereafter plaintiff, acting as agent for one interested in purchasing defendant's property, submitted a purchase offer to defendant. The offer was never accepted by the owner. Under such circumstances, plaintiff is not entitled to recover payment of a commission. All concur. (Appeal from a judgment of Erie County Court for plaintiff in an action for real estate commissions. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

C. O. GRANAI, as Administrator of the Estate of MANLEY BARNEY, Deceased, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 31014.)

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [206 Misc. 984.]

C. O. GRANAI, as Administrator of the Estate of FRANCES BARNEY, Deceased, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 31015.)

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [206 Misc. 984.]

TONY REGO et al., Appellants, v. JOHN POSPIECH et al., Respondents.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.